UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : No. 3:24-CR- 239 |
| v. | : (Judge Mannion) |
| BRYANT WILSON, Defendant. | : |

FILED SCRANTON
SEP 10, 2024
PER _____
DEPUTY CLERK

INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 1112
### (Voluntary Manslaughter)

On or about November 28, 2021, in the Middle District of Pennsylvania, at the United States Penitentiary Canaan in Waymart, Pennsylvania, a place within the special maritime and territorial jurisdiction of the United States, the defendant,

**BRYANT WILSON,**

upon a sudden quarrel and heat of passion, knowingly and unlawfully killed Dominique Spence by repeatedly striking and stabbing Spence with a prison made weapon, commonly known as a "shank," about his upper body.

In violation of Title 18, United States Code, Section 1112.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 1791(a)(2)
(Possession of Contraband in Prison)

On or about November 28, 2021, in the Middle District of Pennsylvania, at the United States Penitentiary Canaan ("USP Canaan") in Waymart, Pennsylvania, the defendant,

**BRYANT WILSON,**

an inmate at USP Canaan, knowingly possessed a prohibited object, that is, a weapon and object designed to be used as a weapon, specifically, an approximately seven-inch piece of metal sharpened to a point, commonly known as a "shank."

In violation of Title 18 United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL

GERARD M. KARAM
United States Attorney

[signature]
FOREPERSON

[signature]
KYLE A. MORENO
Assistant United States Attorney

9-10-2024
Date

2